Thomas Bilicki, Appellant, v. Staten Island Shipbuilding Company, Respondent.— Order reversed, with costs, and motion denied, with costs. No opinion. Hirschberg, Burr, Thomas, Woodward and Rich, JJ., concurred.

Evelyn Day Bruner, Appellant, v. Frank B. Torrey, as Executor, etc., of Edward Warren Day, Deceased, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements.—No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

The Charles H. Brown Paint Company, Respondent, v. Charles J. Reinhardt, Appellant, Impleaded with William W. Penfield, Defendant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr and Rich, JJ., concurred; Woodward, J., dissented.

City and Suburban Homes Company, Appellant, v. The People of the State of New York and Others, Defendants. George F. Martens, Jr., and Bertha C. N. Johnson, as Executors, etc., of George F. Martens, Deceased, Respondents.— Order affirmed, with ten dollars costs and disbursements, on the authority of Hawes v. United States Trust Co., No. 1 (142 App. Div. 789). Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

John Conroy, an Infant, by Bridget Mullen, His Guardian ad Litem, Respondent, v. John Peirce Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Mary Davies, Plaintiff, v. Barnet Teplisky and Others, Defendants, Impleaded with Elizabeth M. Brooks, Appellant; Joseph Zuckert, Claimant, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Carr, Woodward and Rich, JJ., concurred.

Frank L. Entwisle, Trustee in Bankruptcy, etc., Respondent, v. William R. Creed and Garret W. Cropsey, etc., Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Carr and Rich, JJ., concurred.

Dennis J. Flynn, Respondent, v. Jacob A. Zimmerman, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Anna L. Healy and Others, Appellants, v. The City of New York and Others, Respondents.— Order modified by providing as a condition that defendants stipulate to be ready for trial and to try the cause when reached, and as so modified affirmed, without costs. (See Smith & Sons Carpet Co. v. Ball, 137 App. Div. 100; Heim v. New York Stock Exchange, 138 id. 96, 98.) Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Peter Helfrich, an Infant, by Jacob Helfrich, His Guardian ad Litem, Respondent, v. Robert Gair Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ.

David C. Imboden, Respondent, v. Henry C. Johnson, Jr., Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.